JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-03643 GAF (JCGx) | Date | July 6, 2011 |
|---|---|---|---|
| Title | Jerry Jackson v. Little Caesar Pizza et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

## ORDER REMANDING CASE

   On March 22, 2011, Plaintiff Jerry Jackson ("Jackson") filed this suit against various defendants in Los Angeles County Superior Court.  (Docket No. 1, Not. of Removal, Ex. A [Compl.]).  Plaintiff alleges violations of the California Building Code and the federal Americans with Disabilities Act ("ADA") and asserts claims under California statutes that, among other things, make ADA violations actionable under state law.  (See generally id.)  On April 28, 2011, several defendants ("Removing Defendants") removed the action to this Court on the purported basis of federal question jurisdiction.  (Not. ¶ 3–4.)

   After reviewing the complaint and notice of removal, the Court was not convinced that it had federal question jurisdiction in this case.  On June 14, 2011, the Court therefore issued an Order to Show Cause why this case should not be remanded for lack of subject matter jurisdiction.  (Docket No. 4, 6/14/11 Order.)  That Order directed the Removing Defendants to file a response to the Court's Order by no later than July 5, 2011.  (Id. at 3.)  The Order specifically advised, "A failure to file a timely response will be deemed consent to an order remanding this case to state court."  (Id.)  To date, Removing Defendants have not filed a response.  The Court therefore hereby **REMANDS** this case to Los Angeles County Superior Court for lack of subject matter jurisdiction, for the reasons explained in the June 14 Order.

   **IT IS SO ORDERED.**